UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL ROBERT BLOUNT,**

      **Plaintiff,**

**v.**                                **Case No: 6:17-cv-1441-Orl-41TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

                               **ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1), which seeks judicial review of a final decision by the Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff's claims for Disability Insurance Benefits and Supplemental Security Income benefits under 42 U.S.C. §§ 405(g) and 1383(c)(3). United States Magistrate Judge Thomas B. Smith filed a Report and Recommendation (Doc. 14), in which he recommends that the Commissioner's final decision be affirmed.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision in this case is **AFFIRMED**.

3. The Clerk is directed to enter judgment accordingly and then close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 27, 2018.



Copies furnished to:

Counsel of Record